UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN WALKINGTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FREEPORT McMORAN OIL AND GAS, LLC; CHEVRON U.S.A. INC.; DOES 1 through 50, and ROES A through Z,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-05586-MEMF-PDx<br><br>[Originally Filed in Santa Barbara County Superior Court, Case No. 21CV01730]<br><br>**ORDER**<br><br><br>Complaint Filed: April 23, 2021 |
| FREEPORT McMORAN OIL AND GAS, LLC,<br><br>　　　　　　Third Party Plaintiff,<br><br>　　v.<br><br>TOTAL-WESTERN, INC.; AND GREENWICH INSURANCE COMPANY,<br><br>　　　　　　Third Party Defendants. | |

/ / /

/ / /

/ / /

# ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves the Stipulated Protective Order filed at Docket Number 35.

**IT IS SO ORDERED.**

Dated: March 29, 2022

*Patricia Donahue*
Patricia Donahue
United States Magistrate Judge

**N. Walkington v. Freeport-McMoRan Oil and Gas, LLC, et al.**
USDC-Case No.: 2:21-cv-05586-MEMF-PDx

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2022, I electronically filed the foregoing with the Clerk for the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

I further hereby certify that I have sent by U.S. Mail, postage prepaid, the foregoing document to the following non CM/ECF participants:

None.

                                                                                                  */s/ Andrew S. Green*
                                      One of the Attorneys for Defendants, Freeport-McMoRan Oil & Gas LLC and Chevron U.S.A. Inc. and Third Party Plaintiff, Freeport-McMoRan Oil & Gas LLC