O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN WALKINGTON, | Case No. 2:21-cv-05586-MEMF (PDx) |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST FOR DISMISSAL [ECF NO. 39]** |
| FREEPORT McMORAN OIL AND GAS, LLC; CHEVRON U.S.A. INC.; DOES 1 through 50, and ROES A through Z, | |
| Defendants. | |
| _____ | |
| FREEPORT McMORAN OIL AND GAS, LLC, | |
| Third-Party-Plaintiff, | |
| v. | |
| TOTAL-WESTERN, INC.; and GREENWICH INSURANCE COMPANY, | |
| Third-Party-Defendants. | |

1

1    Having considered Defendant and Third-Party Plaintiff Freeport McMoran Oil and Gas,

2  LLC's ("FMOG") Request for Dismissal [ECF No. 39] and Plaintiff Norman Walkington's

3  ("Walkington") Reply to the Court's Order to Show Cause [ECF No. 41], the Court ORDERS as

4  follows:

5    1.  Walkington's Complaint against FMOG Chevron U.S.A. Inc. [ECF No. 1] is dismissed with

6        prejudice; and

7    2.  FMOG's Third-Party Complaint against Third-Party Defendants Total Western, Inc. and

8        Greenwich Insurance [ECF No. 21] without prejudice.

9

10    **IT IS SO ORDERED.**

11

12   Dated: October 28, 2022

13                                      MAAME EWUSI-MENSAH FRIMPONG

14                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28